# United States Court of Appeals
## For the First Circuit

No. 19-1116

JOSE ALIBAL SANTIAGO

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**JUDGMENT**

Entered: April 11, 2019
Pursuant to 1st Cir. R. 27.0(d)

    By order entered March 18, 2019, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction and untimeliness. Appellant was warned that failure to respond by April 1, 2019, would lead to dismissal for lack of diligent prosecution.

    Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart
Kevin J. Fitzgerald
Jose Alibal Santiago