United States District Court
District of Rhode Island
Case no. 10-184-S

---

Jose Alibal Santiago, Appellant
v.
United States, Appellee.

---

Notice of Appeal By Defendant Jose A. Santiago

---

Appellant Jose A. Santiago hereby files his notice of appeal pursuant retroactive law of the S. Ct. in United States v. Davis (2019),

Issues proffered:

1). Whether Appellant is entitled to relief of the conviction and sentence for 18 USC 924(c) crime of violence in light of the Supreme Court's recent statutory —

- (over) -

Santiago v. US
Case no. 1:10-cr-184-S
NOA

p.2

interpretation in United States v. Davis (2019)(18-431) for unconstitutional statutory vagueness under plain error review.

Respectfully Submitted,
this day 7/23/2019

*[signature]*

Certificate of Service

I depose under penalty of perjury 28 USC 1746 that a copy was deposited with prison officials to:

1). Clerk of Court, U.S District Court, One Exchange Terrace, Providence, RI. 02903

2). U.S Attorney's Office, 50 Kennedy Plaza, 8th Fl. Providence, RI. 02903.

this day 7/23/2019.

*[signature]*